TODD H. MASTER [SBN: 185881]
tmaster@hrmrlaw.com
HOWARD ROME MARTIN & RIDLEY LLP
1775 Woodside Road, Suite 200
Redwood City, CA 94061
Telephone: (650) 365-7715
Facsimile: (650) 364-5297

Attorneys for Defendants
CITY OF BRENTWOOD, THOMAS KAPS,
TIMOTHY KING, ANTHONY BUSTILLOS,
JOSEPH LANG, CHRISTOPHER PEART,
ANTHONY OERLEMANS, MARK EVENSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| FRANCISCO VARGAS,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF BRENTWOOD, et al.<br><br>Defendants. | Case No. C10-02925 JSW<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that the Case Management Conference presently scheduled by the Court for December 17, 2010 pursuant to the Judge's Order filed on July 26, 2010 (Document No. 8) be continued until January 14, 2011 at 1:30 p.m.

_____

STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE; Case No. C10-02925 JSW

1

1   This continuance is being requested because defense counsel has a calendar conflict which
2   will prevent him from appearing in San Francisco on December 17, 2010.

LAW OFFICE OF JOHNSON & JOHNSON

Dated: November 9, 2010        By /s/ Peter Johnson
                                   Peter Johnson
                                   Attorney for Plaintiff


HOWARD ROME MARTIN & RIDLEY LLP

Dated: November 9, 2010        By: /s/ Todd H. Master
                                   Todd H. Master
                                   Attorneys for Said Defendants

**ORDER**

Pursuant to the above Stipulation, it is hereby ordered that the Case Management Conference is continued to January 14, 2011 at 1:30 p.m. in Courtroom 11. The deadline for filing a Joint Case Management Conference Statement is January 7, 2011.

Date: November 9, 2010        _____
                              The Honorable Jeffrey S. White

STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE; Case No. C10-02925 JSW

2