

LAW OFFICE OF JOHNSON & JOHNSON
PETER JOHNSON 165523
801 Ygnacio Valley Rd. Ste. 230
Walnut Creek, CA 94596
(925) 952.8900
(925) 952.8902
jjlaw2@earthlink.net

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| FRANCISCO VARGAS<br>Plaintiff,<br><br>v.<br><br>CITY OF BRENTWOOD, THOMAS KAPS, TIMOTHY KING, ANTHONY BUSTILLOS, JOSEPH LANG, CHRISTOPHER PEART, ANTHONY OERLEMANS, MARK EVENSON AND DOES 1 THROUGH 10, inclusive<br><br>Defendants. | Case No. C10-02925 BZ<br><br>STIPULATION OF PARTIES AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

    The parties submit the following stipulation for the purpose of requesting the Court continue the Case Management Conference currently set for January 14, 2011 at 1:30 p.m.

    The case management was set by the Court according to the court's schedule as routinely occurs. The case management conference however was set at a time when

VARGAS V. CITY OF BRENTWOOD, ET AL. 1
STIPULATION AND PROPOSED ORDER, TO CONTINUE CMC

counsel for plaintiff is currently in trial and not available. It is the requirement of the Court and counsel's desire to be personally present for the conference.

    Based on the foregoing the parties hereby stipulate to have the matter submitted to the Court requesting an order continuing the date now set for Case Management Conference from January 14, 2011 at 1:30 p.m. to January 28, 2011 at 1:30 p.m.

Dated: January 12, 2011       /s/ Peter Johnson
                                              Peter Johnson
                                              Attorney for Plaintiffs

Dated: January 12, 2011       /s/ Todd H. Master
                                              Todd H. Master
                                              Attorney for Defendants

## ORDER

Pursuant to the above stipulation, it is hereby ordered that the case management conference is continued to January 28, 2011 at 1:30 p.m., in Courtroom 11.

Dated: January 13, 2011       _/s/ Jeffrey S. White_
                                              The Honorable Jeffrey S. White

VARGAS V. CITY OF BRENTWOOD, ET AL. 2
STIPULATION AND PROPOSED ORDER, TO CONTINUE CMC