LAW OFFICE OF JOHNSON & JOHNSON
PETER JOHNSON 165523
801 Ygnacio Valley Rd. Ste. 230
Walnut Creek, CA 94596
(925) 952.8900
(925) 952.8902
jjlaw2@earthlink.net

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| FRANCISCO VARGAS<br>       Plaintiff,<br><br>      v.<br><br>CITY OF BRENTWOOD, THOMAS KAPS,TIMOTHY KING, ANTHONY BUSTILLOS, JOSEPH LANG, CHRISTOPHER PEART, ANTHONY OERLEMANS, MARK EVENSON AND DOES 1 THROUGH 10, inclusive<br><br>      Defendants. | Case No. C10-02925 BZ<br><br>STIPULATION OF PARTIES AND ORDER TO MODIFIY CMC ORDER TO CONTINUE DATE FOR SETTLEMENT CONFERENCE |

      The parties submit the following stipulation for the purpose of requesting the Court modify the Case Management Conference Order currently requiring the parties to complete the Court ordered settlement conference by May 15, 2011.  The parties hereby request the Court modify the Case Management Order to require the parties to complete the Court ordered settlement conference by no later than July 15, 2011.

1    The request is being made due to the fact that Plaintiffs counsel will not be

2    available prior to May 15, 2011 due to being in trial and the parties are requesting

3    additional time for discovery prior to the settlement conference in order to facilitate a

4    more productive settlement discussion.

5    Based on the foregoing the parties hereby stipulate to have the matter submitted

6    to the Court for a modification of the Case Management order to reflect a deadline for

7    the settlement conference to be June 30, 2011.

8

9    Dated: April 22, 2011                    /s/ Peter Johnson_____
                                               Peter Johnson
10                                             Attorney for Plaintiffs

11

12   Dated: April 22, 2011                    /s/ Todd H. Master_____
                                               Todd H. Master
13                                             Attorney for Defendants

14

15

16                                 ORDER

17   Pursuant to the above stipulation, it is hereby ordered that the parties are to complete

18   the Court Ordered Settlement Conference no later than July 15, 2011.

19

20

21   Dated:  April 29 2011                    _____
                                               The Honorable Jeffrey S. White
22

23

24

25

VARGAS V. CITY OF BRENTWOOD, ET AL. 2
STIPULATION AND ~~PROPOSED~~ ORDER, TO MODIFY CMC ORDER