1  TODD H. MASTER [SBN: 185881]
   tmaster@hrmrlaw.com
2  HOWARD ROME MARTIN & RIDLEY LLP
   1775 Woodside Road, Suite 200
3  Redwood City, CA  94061
   Telephone:  (650) 365-7715
4  Facsimile:   (650) 364-5297

5  Attorneys for Defendants
   CITY OF BRENTWOOD, THOMAS KAPS,
6  TIMOTHY KING, ANTHONY BUSTILLOS,
   JOSEPH LANG, CHRISTOPHER PEART,
7  ANTHONY OERLEMANS, MARK EVENSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| FRANCISCO VARGAS, | Case No. C10-02925 JSW |
|---|---|
| Plaintiff, | **STIPULATION AND** ~~PROPOSED~~ **ORDER RE CONTINUANCE OF SETTLEMENT CONFERENCE** |
| vs. | |
| CITY OF BRENTWOOD, et al. | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that the Settlement Conference presently scheduled for May 9, 2011 at

///
///
///
///

STIPULATION AND ~~PROPOSED~~ ORDER RE CONTINUANCE OF SETTLEMENT CONFERENCE;
Case No. C10-02925 JSW                         1

1 | 9:30 a.m. be continued to June 29, 2011 at 10:30 a.m., before Magistrate Judge Laurel Beeler.

LAW OFFICE OF JOHNSON & JOHNSON

Dated: May 2, 2011        By /s/ Peter Johnson
                             Peter Johnson
                             Attorney for Plaintiff


HOWARD ROME MARTIN & RIDLEY LLP

Dated: May 2, 2011        By: /s/ Todd H. Master
                              Todd H. Master
                              Attorneys for Said Defendants

### ORDER

Pursuant to the above Stipulation, it is hereby ordered that the Settlement Conference is continued to June 29, 2011 at 10:30 a.m. before Magistrate Judge Laurel Beeler.

Date: May _3_, 2011

_____
Magistrate Judge Laurel Beeler

*[Court seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, signed Judge Laurel Beeler]*

HOWARD ROME MARTIN & RIDLEY LLP
1775 WOODSIDE ROAD, SUITE 200
REDWOOD CITY, CALIFORNIA 94061
TELEPHONE (650) 365-7715

STIPULATION AND ~~PROPOSED~~ ORDER RE CONTINUANCE OF SETTLEMENT CONFERENCE;
Case No. C10-02925 JSW                    2