1  **TODD H. MASTER [SBN: 185881]**
   tmaster@hrmrlaw.com
2  **HOWARD ROME MARTIN & RIDLEY LLP**
   1775 Woodside Road, Suite 200
3  Redwood City, CA  94061
   Telephone:  (650) 365-7715
4  Facsimile:   (650) 364-5297

5  Attorneys for Defendants
   CITY OF BRENTWOOD, THOMAS KAPS,
6  TIMOTHY KING, ANTHONY BUSTILLOS,
   JOSEPH LANG, CHRISTOPHER PEART,
7  ANTHONY OERLEMANS, MARK EVENSON

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO

| | |
|---|---|
| FRANCISCO VARGAS,<br><br>        Plaintiff,<br><br>    vs.<br><br>CITY OF BRENTWOOD, et al.<br><br>        Defendants. | Case No. C10-02925 JSW (LB)<br><br>**STIPULATION AND PROPOSED ORDER RE DEFENDANTS' APPLICATION TO BE EXCUSED FROM ATTENDING SETTLEMENT CONFERENCE** |

### STIPULATION

This matter is scheduled for a settlement conference on June 29, 2011 at 10:30 a.m. before

Magistrate Laurel Beeler.  The City respectfully requests that Defendant Police Officers Timothy

King, Joseph Lang, Christopher Peart, and Sergeant Anthony Oerlemans be excused from

---

STIPULATION AND PROPOSED ORDER RE DEFENDANTS' APPLICATION TO BE EXCUSED FROM ATTENDING SETTLEMENT CONFERENCE; Case No. C10-02925 JSW (LB)

1

1  attending the settlement conference in person.  The absence of these individual defendants will not
2  impair the City's ability to discuss or settle the case.  In addition to counsel, and a representative
3  from the City's risk management pool, the City's Chief of Police Mark Evenson and Defendant
4  Officers Tom Kaps and Anthony Bustillos will be in attendance.

   Counsel for the defendants has discussed these facts with plaintiff's counsel and he agrees that these individuals need not be present at the June 29, 2011 settlement conference.

   It is therefore stipulated between the parties that Defendant Police Officers Timothy King, Joseph Lang, Christopher Peart, and Sergeant Anthony Oerlemans be excused from personally attending the settlement conference on June 29, 2011.

Date: June 8, 2011                    HOWARD ROME MARTIN & RIDLEY LLP


                                      By:  /s/
                                           Todd H. Master
                                           Attorneys for Said Defendants


Date: June 8, 2011                    LAW OFFICE OF JOHNSON & JOHNSON


                                      By:  /s/
                                           Peter Johnson, Esq.
                                           Attorney for Plaintiff Francisco Vargas

**ORDER**

Pursuant to the above facts and stipulation, it is hereby ordered that Defendant Police Officers Timothy King, Joseph Lang, Christopher Peart, and Sergeant Anthony Oerlemans are excused from personally attending the settlement conference on June 29, 2011.

Date: June 8, 2011                    By: _____
                                          Magistrate Judge Laurel Beeler

STIPULATION AND ~~PROPOSED~~ ORDER RE DEFENDANTS' APPLICATION TO BE EXCUSED FROM ATTENDING SETTLEMENT CONFERENCE; Case No. C10-02925 JSW (LB)

2

HOWARD ROME MARTIN & RIDLEY LLP
1775 WOODSIDE ROAD, SUITE 200
REDWOOD CITY, CALIFORNIA 94061
TELEPHONE (650) 365-7715