1  LAW OFFICE OF JOHNSON & JOHNSON
   PETER JOHNSON 165523
2  801 Ygnacio Valley Rd. Ste. 230
   Walnut Creek, CA 94596
3  (925) 952.8900
   (925) 952.8902
4  jjlaw2@earthlink.net

5  Attorney for Plaintiff

6

7

8
                    **UNITED STATES DISTRICT COURT**
9                   **NORTHERN DISTRICT OF CALIFORNIA**

10

11 | FRANCISCO VARGAS              | Case No. C10-02925 BZ
12 |          Plaintiff,           |
   |                               | STIPULATION OF PARTIES AND ORDER
13 |     v.                        | TO MODIFIY CMC ORDER TO
   |                               | CONTINUE DATE FOR SETTLEMENT
14 | CITY OF BRENTWOOD, THOMAS     | CONFERENCE
   | KAPS,TIMOTHY KING, ANTHONY    |
15 | BUSTILLOS, JOSEPH LANG,       |
   | CHRISTOPHER PEART, ANTHONY    |
16 | OERLEMANS, MARK EVENSON AND   |
   | DOES 1 THROUGH 10, inclusive  |
17 |                               |
   |          Defendants.          |
18

19

20
        The parties submit the following stipulation for the purpose of requesting the
21
   Court modify the Case Management Conference Order currently requiring the parties to
22
   complete the Court ordered settlement conference by July 15, 2011.  The parties
23
   hereby request the Court modify the Case Management Order to require the parties to
24
   complete the Court ordered settlement conference by no later than August 31, 2011.
25

VARGAS V. CITY OF BRENTWOOD, ET AL. 1
STIPULATION AND PROPOSED ORDER TO MODIFY CMC ORDER

The request is being made due to the fact that Plaintiff's counsel will not be available on the date now set for settlement conference due to the unanticipated length of trial interfering with the date currently set. The magistrate does not have an alternative date available until sometime in August. The parties also feel that additional time for discovery prior to the settlement conference may further facilitate a more productive settlement discussion.

Based on the foregoing the parties hereby stipulate to have the matter submitted to the Court for a modification of the Case Management order to reflect a deadline for the settlement conference to be August 31, 2011.

Dated: June 28, 2011  /s/ Peter Johnson_____
Peter Johnson
Attorney for Plaintiffs

Dated: June 28, 2011  /s/ Todd H. Master_____
Todd H. Master
Attorney for Defendants

ORDER

Pursuant to the above stipulation, it is hereby ordered that the parties are to complete the Court Ordered Settlement Conference no later than August 31, 2011.

Dated: June 29, 2011  _____
The Honorable Jeffrey S. White

VARGAS V. CITY OF BRENTWOOD, ET AL. 2
STIPULATION AND PROPOSED ORDER TO MODIFY CMC ORDER