TODD H. MASTER [SBN: 185881]
tmaster@hrmrlaw.com
HOWARD ROME MARTIN & RIDLEY LLP
1775 Woodside Road, Suite 200
Redwood City, CA 94061
Telephone: (650) 365-7715
Facsimile: (650) 364-5297

Attorneys for Defendants
CITY OF BRENTWOOD, THOMAS KAPS,
TIMOTHY KING, ANTHONY BUSTILLOS,
JOSEPH LANG, CHRISTOPHER PEART,
ANTHONY OERLEMANS, MARK EVENSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| FRANCISCO VARGAS,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF BRENTWOOD, et al.<br><br>Defendants. | Case No. C10-02925 JSW (LB)<br><br>STIPULATION AND ~~PROPOSED~~ ORDER MODIFYING ORDER SCHEDULING TRIAL AND PRETRIAL MATTERS [DOCUMENT 19] |

## STIPULATION

On March 15, 2011, the Court issued its Order Scheduling Trial and Pretrial Matters, scheduling the close of discovery as follows: Close of Non-Expert Discovery – September 26,

STIPULATION AND PROPOSED ORDER MODIFYING ORDER SCHEDULING TRIAL AND PRETRIAL MATTERS [DOCUMENT 19]; Case No. C10-02925 JSW (LB)

1

2011; Last day for Expert Disclosure – September 30, 2011; Last day for Expert Discovery – October 28, 2011. *See* Order Scheduling Trial and Pretrial Matters [Document No. 19].

The parties subsequently engaged in discovery and on September 1, 2011 participated in a settlement conference before Magistrate Judge Laurel Beeler. *See* Civil Minute Order [Document No. 32]. While the matter did not resolve, Magistrate Beeler ordered the parties to return for a further settlement conference on September 29, 2011. *Id.*

The parties and their attorneys respectfully request that the discovery deadlines set forth in the Court's Order Scheduling Trial and Pretrial Matters [Document No. 19] be modified as follows:

- Close of Non-Expert Discovery – October 28, 2011;
- Last day for Expert Disclosure – November 4, 2011; and
- Last day for Expert Discovery – December 16, 2011

The parties agree that the extension of the non-expert discovery cut-off only applies to oral depositions. The extension of the non-expert discovery cut-off does not apply to written discovery or any request for documents accompanying any future notice of party/witness deposition as the deadline for the service of written discovery has already passed.

This modification will not have any impact on other deadlines set forth in the Court's Order Scheduling Trial and Pretrial Matters and will provide the parties with another opportunity to resolve the case with Magistrate Beeler on September 29, 2011 without having to incur further costs and attorneys' fees in advance.

Date: September 12, 2011                HOWARD ROME MARTIN & RIDLEY LLP


By: /s/ Todd H. Master
Todd H. Master
Attorneys for Said Defendants

STIPULATION AND PROPOSED ORDER MODIFYING ORDER SCHEDULING TRIAL AND PRETRIAL MATTERS [DOCUMENT 19]; Case No. C10-02925 JSW (LB)

| | | |
|---|---|---|
| 1 | Date: September __, 2011 | LAW OFFICE OF JOHNSON & JOHNSON |
| 2 | | By: _____ |
| 3 | | Peter Johnson, Esq.<br>Attorney for Plaintiff Francisco Vargas |

**ORDER**

Pursuant to the above facts and stipulation, it is hereby ordered that the Court's Order Scheduling Trial and Pretrial Matters [Document No. 19] is modified as stipulated by the parties herein.

Date: September 13, 2011            By: _____
                                         United States District Court Judge
                                         Jeffrey S. White

STIPULATION AND PROPOSED ORDER MODIFYING ORDER SCHEDULING TRIAL AND PRETRIAL MATTERS [DOCUMENT 19]; Case No. C10-02925 JSW (LB)

3