TODD H. MASTER [SBN: 185881]
HOWARD ROME MARTIN & RIDLEY LLP
1775 Woodside Road, Suite 200
Redwood City, CA 94061
Telephone: (650) 365-7715
Facsimile: (650) 364-5297

Attorneys for Defendants
CITY OF BRENTWOOD, THOMAS KAPS,
TIMOTHY KING, ANTHONY BUSTILLOS,
JOSEPH LANG, CHRISTOPHER PEART,
ANTHONY OERLEMANS, MARK EVENSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| FRANCISCO VARGAS,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF BRENTWOOD, et al.<br><br>Defendants. | Case No. C10-02925 JSW<br><br>**STIPULATION OF DISMISSAL AND ORDER**<br><br>[FRCP 41 (a) (1)] |

    IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-entitled action filed by plaintiff FRANCISCO VARGAS against defendants CITY OF BRENTWOOD, THOMAS KAPS, TIMOTHY KING, ANTHONY BUSTILLOS, JOSEPH LANG, CHRISTOPHER PEART, ANTHONY OERLEMANS, and MARK EVENSON (collectively, "defendants") and all others is dismissed in its entirety with

prejudice pursuant to Fed.R.Civ.Pro 41(a)(1), with each party to bear their own costs and attorney fees.

HOWARD ROME MARTIN & RIDLEY LLP

Dated: November 11, 2011

By: /s/ Todd H. Master
Todd H. Master
Attorneys for Said Defendants

LAW OFFICE OF JOHNSON & JOHNSON

Dated: November 11, 2011

By: /s/ Peter Johnson
Peter Johnson
Attorneys for Plaintiff

**ORDER**

This Stipulation of Dismissal is hereby adopted by the Court and, as such, this matter is dismissed in its entirety with prejudice.

Dated: November 14, 2011

_____
Hon. Jeffrey S. White
United States District Judge

STIPULATION OF DISMISSAL AND ORDER; Case No. C 10-02925 JSW

2