TODD H. MASTER [SBN: 185881]
**HOWARD ROME MARTIN & RIDLEY LLP**
1775 Woodside Road, Suite 200
Redwood City, CA 94061
Telephone: (650) 365-7715
Facsimile: (650) 364-5297

Attorneys for Defendants
CITY OF BRENTWOOD, THOMAS KAPS,
TIMOTHY KING, ANTHONY BUSTILLOS,
JOSEPH LANG, CHRISTOPHER PEART,
ANTHONY OERLEMANS, MARK EVENSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| FRANCISCO VARGAS,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF BRENTWOOD, et al.<br><br>Defendants. | Case No. C10-02925 JSW<br><br>**STIPULATION OF DISMISSAL AND ORDER**<br><br>[FRCP 41 (a) (1)] |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-entitled action filed by plaintiff FRANCISCO VARGAS against defendants CITY OF BRENTWOOD, THOMAS KAPS, TIMOTHY KING, ANTHONY BUSTILLOS, JOSEPH LANG, CHRISTOPHER PEART, ANTHONY OERLEMANS, and MARK EVENSON (collectively, "defendants") and all others is dismissed in its entirety with

prejudice pursuant to Fed.R.Civ.Pro 41(a)(1), with each party to bear their own costs and attorney fees.

                                       HOWARD ROME MARTIN & RIDLEY LLP

Dated: November 11, 2011          By: /s/ Todd H. Master
                                            Todd H. Master
                                            Attorneys for Said Defendants

                                       LAW OFFICE OF JOHNSON & JOHNSON

Dated: November 11, 2011          By: /s/ Peter Johnson
                                            Peter Johnson
                                            Attorneys for Plaintiff

**ORDER**

This Stipulation of Dismissal is hereby adopted by the Court and, as such, this matter is dismissed in its entirety with prejudice.

Dated: <u>November 14, 2011</u>

                                              _/s/ Jeffrey S. White_
                                              Hon. Jeffrey S. White
                                              United States District Judge

HOWARD ROME MARTIN & RIDLEY LLP
1775 WOODSIDE ROAD, SUITE 200
REDWOOD CITY, CALIFORNIA 94061
TELEPHONE (650) 365-7715